No Clause Structure

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

—————————————————————— X

In re                                                    :   Chapter 13
   Clayton J Vopelak,                                    :
                                                         :   Case No. 26-00594
         Debtor.                                         :
                                                         :
                                                         :
                                                         :
                                                         :
                                                         :
                                                         :
                                                         :

—————————————————————— X

# NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that Aegis Law hereby appears in the above-captioned case as counsel to DeWulf Farms, Inc. and requests, pursuant to section 342 and 1109(b) of title 11, United States Code (**"Bankruptcy Code"**) and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (**"Bankruptcy Rules"**), that all notices given or required in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the address set forth below. An email address is included, and notice by e-mail is affirmatively acknowledged as being acceptable:

Eric J. Langston, AT0014001

Aegis Law

Mailing:  601 S. Lindbergh Blvd., Frontenac, MO 63131

Physical: 222 Third Ave., SE, Suite 501, Office 6, Cedar Rapids, IA 52401

TELEPHONE: (319) 435-9793

FACSIMILE: (314) 454-9110

EMAIL: elangston@aegislaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders and notices of any application, motion, petition, pleading, complaint, demand, disclosure statement, plan of reorganization, or any other document that in any way affects the debtor or their property, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, facsimile transmission, e-mail, telex, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notice is neither intended to be nor is it a consent of DeWulf Farms, Inc. to the jurisdiction of the Bankruptcy Court, nor shall it be deemed to be a waiver of DeWulf Farms, Inc.'s rights to (i) have final orders in non-core matters entered only after *de novo* review by a District Court judge; (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any other rights, claims, actions, setoffs, and recoupments to which DeWulf Farms, Inc. is or may be entitled under any agreement, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments DeWulf Farms, Inc. expressly reserves; or (v) any and all defenses or objections DeWulf Farms, Inc. may have to any claims asserted against it in this action, including, without limitation, any defense based on insufficient service of process, jurisdiction (including personal jurisdiction), or capacity to be sued.

[SIGNATURE PAGE FOLLOWS]

Dated: July 22, 2026

Respectfully submitted,

By: /s/ *Eric J. Langston*

Eric J. Langston
Mailing:  601 S. Lindberg Blvd.

Frontenac, MO 63131

Physical: 222 Third Ave., SE

Cedar Rapids, IA 52401

(319) 435-9793, Fax: (314) 454-9110

eglangston@aegislaw.com

Attorney for Creditor