## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 26-594 |
|  | ) | (Chapter 13) |
| Clayton J. Vopelak | ) |  |
| Debtor. | ) | Corporate Ownership Statement |
|  | ) |  |

COMES NOW DeWulf Farms, Inc. ("DeWulf Farms"), by and through its undersigned counsel, and hereby submits this Corporate Ownership Statement, stating as follows:

1.      Pursuant to Rule 1075-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Iowa, which incorporates Rule 7.1 of the Federal Rules of Civil Procedure, DeWulf Farms states that it is a privately held corporation that has no parent corporation.

2.      No publicly held corporation owns 10% or more of the stock of DeWulf Farms.

Dated:   July 23, 2026.

Respectfully submitted,

AEGIS Law,

*Eric J Langston*

Eric J. Langston, AT0014001
Mailing:  601 S. Lindbergh Blvd.
          Frontenac, MO 63131
Physical: 222 Third Ave. SE
          Suite 501, Office 6
          Cedar Rapids, IA 52401
(319) 435-9793, Fax: (314) 454-9110
elangston@aegislaw.com
        *Attorney for Creditor DeWulf Farms, Inc.*

---

**Certificate of Service**

I certify that I caused the foregoing to be filed with the CM/ECF on July 23, 2026, and mailed, as necessary to those parties not registered with EDMS, via USPS first-class, postage fully prepaid.

*Eric J Langston*