UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:                                                   CHAPTER 13
                                                         BANKRUPTCY NO. 26-00594C

CLAYTON J. VOPELAK,                                      OBJECTIONS TO CONFIRMATION OF
                                                         CHAPTER 13 PLAN
                            Debtor.


COMES NOW the Chapter 13 trustee and objects to the confirmation of the Chapter 13 Plan filed by debtor on July 7, 2026 (doc #16) as follows:

1. The plan cannot be confirmed if proposed payments are delinquent. The first payment of $613.00 was due to the trustee on or before July 19, 2026. As of July 29, 2026, the trustee has received $0.00 in the case. The trustee should also have the August payment of $613.00 by the time of the September 1, 2026 confirmation hearing in Cedar Rapids.

2. Debtor is not cooperating with the trustee, as required under 11 USC §521(a)(3). The trustee has not received the requested 2024 and 2025 State and Federal income tax returns.

3. The following portions of the Statement of Financial Affairs of the petition should be completed:

   a) Statement of Financial Affairs #1 – to indicate marital status
   b) Statement of Financial Affairs #6 – to list requested information regarding payments made, amounts still owing, and the creditors involved.
   c) Statement of Financial Affairs #10 -to list when repossession occurred and a value of the assets.

4. Schedule I of the petition, Line 8a, should be amended to add the requested statement showing the gross income from rental property or business, expenses, resulting in the net income of $1,200.00 on Schedule I.

5. Debtor has claimed a post pounder and a manure spreader exempt on Schedule C of the petition under ICA §627.6(11) which is for tools of a trade for a debtor who is not a farmer. Debtor does not indicate what "trade" he uses this equipment in. The trustee requests clarification.

6. Monthly plan payments should increase by $1,284.00 when the loan secured by the 2022 Ford F150 is completed. The trustee requests to know what month that increase will begin, if during the 50-month term of this plan.

7.  The trustee made the following calculations of this plan:

| | | |
|---|---|---|
| $613.00 each month for 24 months | = | $14,712.00 |
| $1,295.00 each month for 24 months | = | 31,080.00 |
| $1,670.00 each month for 2 months | = | + 3,340.00 |
| | | $49,132.00 + tax refunds, disp inc |
| Trustee fee during plan | = | - 4,466.10 |
| Attorney fee due in plan | = | - 2,513.00 |
| Ford Credit -Ford F150 truck arrearage | = | - 120.00 purs to Clm + 4.20% int |
| Northland Capital -post-pounder arrearage | = | - 1,572.09 pursuant to Claim |
| Available for unsecured claims | = | $40,460.81 |

The bar dates for creditors to file Claims have not passed.  The unsecured debt on Schedule E/F of the petition totals $206,973.97.  The unsecured dividend should be approximately 19.55%.

8.  The plan cannot be confirmed without resolving the objections filed by creditor, DeWulf Farms, Inc. on July 28, 2026 (doc #25).

WHEREFORE, the trustee does not recommend that the Court confirm this plan.

___/s/ Carol F. Dunbar_____
Carol F. Dunbar, #1682
Chapter 13 Trustee
2616 Orchard Drive, Suite B
Cedar Falls, IA 50613
Telephone (319) 260-2282

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon the following persons at the address indicated:

| | | |
|---|---|---|
| Mary R. Jensen | Kevin D. Ahrenholz | Clayton J. Vopelak |
| Acting United States Trustee | Attorney at Law | 1358 56th Street |
| 210 Walnut Street, Ste 793 | PO Box 178 | Dysart, IA 52224 |
| Des Moines, IA 50309 | Waterloo, IA 50704-0178 | |

by electronic mail through the Court's CM/ECF system, or by enclosing the same in an envelope with postage fully paid, and by depositing said envelope in a United States Postal Service depository in Cedar Falls, Iowa.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2026.

_____/s/ Carol F. Dunbar_____