United States Bankruptcy Court
Northern District of Iowa

In re:
Clayton J. Vopelak
Debtor

Case No. 26-00594-TJC
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0862-1 User: admin Page 1 of 2
Date Rcvd: Aug 14, 2026 Form ID: retndoc Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Clayton J. Vopelak, 1358 56th St., Dysart, IA 52224-9325 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carol F. Dunbar | ssteffen@iowachapter13.com mweber@iowachapter13.com;trusteeIANB75@ecf.epiqsystems.com |
| Christopher K Loftus | on behalf of Creditor Beck's Superior Hybrids. Inc. cloftus@SPMBLAW.com mslater@sp.law |
| Eric J. Langston | on behalf of Creditor DeWulf Farms Inc. elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Hayley Masching | on behalf of Creditor Beck's Superior Hybrids. Inc. hmasching@spmblaw.com |
| Kevin D. Ahrenholz | on behalf of Debtor Clayton J. Vopelak ahrenholz@beecherlaw.com cpetersen@beecherlaw.com;ahrenholzkr88637@notify.bestcase.com |
| United States Trustee | |

USTPRegion12.CR.ECF@usdoj.gov

TOTAL: 6

retndoc 8/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

Sharon K. Mullin
Clerk of Court

Phone (319) 286–2200
*www.ianb.uscourts.gov*

To:

Eric J. Langston, Attorney for DeWulf Farms, Inc.
Aegis Law
222 Third Ave SE
Ste 501, Ofc 6
Cedar Rapids, IA 52401

RE: Clayton J. Vopelak

Case No. 26–00594

## INSUFFICIENT DOCUMENT INFORMATION

You are notified that documents received from you are being returned UNFILED for the following reason:

- ☐ NO CLAIM FORM RECEIVED.
  Please complete Proof of Claim Form 410, available at www.ianb.uscourts.gov under Forms or use E–Filing Proof of Claim (ePOC).
- ☐ WE DO NOT HAVE A CASE UNDER THIS NAME OR CASE NUMBER.
  Please check the notice you received to determine the district where the case is filed.
- ☐ NAME OF DEBTOR AND CASE NUMBER NOT SHOWN ON THE DOCUMENT.
- ☐ CASE IS CLOSED.
  No action will be taken on the documents received. Please submit appropriate documentation if you wish to reopen this case.
- ☑ OTHER: Proof of Claim Form 410 not signed.

Date: August 14, 2026

Rebecca Hoefer
Clerk, Bankruptcy Court
by:

Dylan Harvey

Deputy Clerk