**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

IN RE:

Clayton J. Vopelak

Debtor

Case No.: 26-00594 C
Chapter: 13

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Now Comes Ford Motor Credit Company LLC ("Movant"), by its counsel, and for its Motion for Relief from the Automatic Stay with respect to a 2022 Ford F-150 Crew Cab XLT EcoBoost 4WD 3.5L V6 Turbo VIN: 1FTFW1E89NFB70309 ("the Vehicle"), states as follows:

1. Debtor Clayton J. Vopelak previously entered into a Motor Vehicle Retail Installment Contract for the Vehicle. A copy of the Contract is attached as Exhibit A.

2. Movant has perfected its security interest in the Vehicle. A copy of the Certificate of Title is attached as Exhibit B.

3. On June 19, 2026, Clayton J. Vopelak ("Debtor") filed for relief under Chapter 13 of the Bankruptcy Code.

4. Movant is the holder of a secured claim with an outstanding secured amount as of, August 29, 2026, of $32,489.98.The claim is secured by the Property known as 2022 Ford F-150 Crew Cab XLT EcoBoost 4WD 3.5L V6 Turbo with a vehicle identification number of 1FTFW1E89NFB70309 ("Property"). Attached hereto is a copy of the July 26, 2022 Retail Installment Contract and the Evidence of Title (Exhibits A and B respectively).

5. The value of the property is $41,525.00 per the attached JD Power Official Used Car Guide (Exhibit C).

6. The full balance of the loan is now due in the amount of $32,489.98.

7. Accordingly, cause exists to modify the automatic stay with respect to the Vehicle and waive the Federal Rule of Bankruptcy Procedure 4001(a)(4) fourteen day stay.

WHEREFORE, Ford Motor Credit Company LLC prays for the entry of an order modifying the automatic stay regarding the 2022 Ford F-150 Crew Cab XLT EcoBoost 4WD 3.5L V6 Turbo VIN:

1FTFW1E89NFB70309 and waiving the Federal Rule of Bankruptcy Procedure 4001(a)(4) fourteen day stay.

**NOTICE**

Any party opposing this motion must timely file and serve an answer at least 7 days prior to the date set for the preliminary hearing on the motion.

Law office of Evan Moscov

*/s/ Evan Lincoln Moscov*
Evan Lincoln Moscov Iowa Bar Number
AT0011167
P.O. Box 8305, Waukegan, IL 60079
Phone: (312) 969-1977
Email: evan.moscov@moscovlaw.com

**CERTIFICATE OF SERVICE**

I certify that on September 01, 2026, I caused to be served a true and correct copy of the foregoing Motion for Relief from the Automatic Stay by electronic mail or by first class mail with postage prepaid on the following:

Via US Mail

Clayton J. Vopelak
1358 56th St.
Dysart, IA 52224

Via CM / ECF / NEF

Kevin D. Ahrenholz
620 Lafayette Street, Po Box 178
Waterloo, IA 50704
ahrenholz@beecherlaw.com

Carol F. Dunbar
2616 Orchard Drive, Ste B
Cedar Falls, IA 50613
ssteffen@iowachapter13.com

United States Trustee
210 Walnut Street, Suite 793
Des Moines, IA 50309
USTPRegion12.CR.ECF@usdoj.gov

*/s/ Evan Lincoln Moscov*
P.O. Box 8305,
Waukegan, IL 60085