**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No.: 26-00594 C |
| Clayton J. Vopelak | ) | |
| | ) | |
| Debtor. | ) | FORD MOTOR CREDIT COMPANY LLC'S STATEMENT OF CORPORATE OWNERSHIP |
| | ) | |

I, Evan Lincoln Moscov, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I have personal knowledge of the matters set forth in this Statement because I am the attorney for Ford Motor Credit Company LLC.

2. The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's equity interests: Ford Motor Credit Company LLC (100%).

3. I declare under penalty of perjury that the foregoing is true and correct.

Law office of Evan Moscov

*/s/ Evan Lincoln Moscov*
Evan Lincoln Moscov Iowa Bar Number AT0011167
P.O. Box 8305,
Waukegan, IL 60079
Phone: (312) 969-1977
Email: evan.moscov@moscovlaw.com

Attorney for Ford Motor Credit Company LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the Statement of Corporate Ownership was served on September 01, 2026 upon these parties by electronic noticing from the Bankruptcy Court or by U.S. Mail:

Kevin D. Ahrenholz
620 Lafayette Street, Po Box 178
Waterloo, IA, 50704

ahrenholz@beecherlaw.com

Carol F. Dunbar
2616 Orchard Drive, Ste B
Cedar Falls, IA 50613
ssteffen@iowachapter13.com

United States Trustee
210 Walnut Street, Suite 793
Des Moines, IA 50309
USTPRegion12.CR.ECF@usdoj.gov

*/s/ Evan Lincoln Moscov*
P.O. Box 8305,
Waukegan, IL 60085