UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>CLAYTON J. VOPELAK,<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 26-00594 |

# PROCEEDING MEMO AND ORDER

Date of In-Court Hearing: September 1, 2026
Hearing on Chapter 13 Plan (Doc. 16) filed July 7, 2026

APPEARANCES:

Attorney Kevin D. Ahrenholz with Debtor
Chapter 13 Trustee Carol Dunbar
Attorney Eric J. Langston for DeWulf Farms, Inc.

**IT IS ORDERED THAT:**

Debtor's plan is not confirmable.

Debtor shall have to and including October 1, 2026 to file a modified plan. The modified plan will be served with notice of bar date for objections and notice of hearing on confirmation. If Debtor does not intend to file a modified plan, counsel for Debtor shall file a report so stating.

Ordered:
September 2, 2026

Thad J. Collins
Chief Bankruptcy Judge