United States Bankruptcy Court

Northern District of Iowa

In re:
Clayton J. Vopelak
Debtor

Case No. 26-00594-TJC
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0862-1 User: admin Page 1 of 2
Date Rcvd: Sep 02, 2026 Form ID: prestay Total Noticed: 4

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Clayton J. Vopelak, 1358 56th St., Dysart, IA 52224-9325 |
| cr | + | Beck's Superior Hybrids. Inc., 6767 E. 276th Street, Atlanta, IN 46031-9435 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 02 2026 21:49:01 | Ford Motor Credit Company LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 02 2026 21:49:14 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carol F. Dunbar | ssteffen@iowachapter13.com mweber@iowachapter13.com;trusteeIANB75@ecf.epiqsystems.com |
| Christopher K Loftus | |

| | |
|---|---|
| | on behalf of Creditor Beck's Superior Hybrids. Inc. cloftus@SPMBLAW.com mslater@sp.law |
| Eric J. Langston | on behalf of Creditor DeWulf Farms Inc. elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Evan Lincoln Moscov | on behalf of Creditor Ford Motor Credit Company LLC evan.moscov@moscovlaw.com |
| Hayley Masching | on behalf of Creditor Beck's Superior Hybrids. Inc. hmasching@spmblaw.com |
| Kevin D. Ahrenholz | on behalf of Debtor Clayton J. Vopelak ahrenholz@beecherlaw.com cpetersen@beecherlaw.com;ahrenholzkr88637@notify.bestcase.com |
| United States Trustee | USTPRegion12.CR.ECF@usdoj.gov |

TOTAL: 7

prestay 1/2023

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Chapter 13

Clayton J. Vopelak

Bankruptcy No. 26−00594

Debtor

## NOTICE SETTING TELEPHONIC PRELIMINARY HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY (Doc. 30)

To:

| | |
|---|---|
| Kevin D. Ahrenholz, Attorney for Debtor | 319−234−1766 |
| Carol F. Dunbar, Trustee | 319−260−2282 |
| United States Trustee | |
| Evan Lincoln Moscov, Attorney for Ford Motor Credit Company, LLC/Movant | 312−969−1977 |

**NOTICE IS HEREBY GIVEN** that a **telephonic** preliminary hearing will be held on:

**September 18, 2026 at 10:45 AM**

Parties are expected to comply with the Local Rules regarding Motions for Relief from Automatic Stay. In particular, Debtor (and trustee if one is appointed) is reminded that an **answer must be filed at least 7 days prior** to the preliminary hearing. If an answer is not filed and served upon the moving party and United States Trustee, this preliminary hearing will not go forward and the stay will be lifted without further notice to Debtor or trustee.

ATTORNEY FOR MOVANT IS TO INITIATE THE TELEPHONE CALL. Only those parties who have filed and served answers are to be called for the telephonic hearing. The United States Trustee's office shall not be called, unless that office files and serves a written request to participate in the hearing. The telephone number for Chambers is 319−286−2230.

Date: September 2, 2026

Rebecca Hoefer
Clerk, Bankruptcy Court
by:

Theresa J. Stoppelman

Deputy Clerk