**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Case No. 26-00594 |
| | ) | |
| Clayton Vopelak | ) | Ch. 13 |
| | ) | |
| Debtor. | ) | |

**RESISTANCE TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

Debtor, Clayton Vopelak, by and through Kevin D. Ahrenholz files this resistance to Ford Credit's Motion for Relief from Automatic Stay, and in support hereof states as follows:

1. Ford Credit filed its Motion for Relief from Automatic Stay on September 1, 2026.

2. A telephone hearing on this matter is scheduled for September 18, 2026, at 10:45 a.m.

3. In its Motion, Ford Credit asserted that it has not received post-petition payments from Debtors that have accrued under the terms of the Note.

4. The property secured by this loan is critical to the Debtor’s plan of reorganization.

5. The Creditor has sufficient equity cushion in the collateral and the Debtor intends to become current on this loan as quickly as possible but has experienced a temporary financial hardship rendering payments to be temporarily deficient.

WHEREFORE, Debtors respectfully request the Court deny Ford Credit's Motion for Relief from Automatic Stay.

Respectfully submitted,

*/s/ Kevin D. Ahrenholz*

Kevin D. Ahrenholz (AT0000438)
For BEECHER LAW FIRM, P.C.
620 Lafayette Street, Suite 300
P.O. Box 178
Waterloo, IA 50704
PHONE: 319-234-1766
FAX: 319-234-1225