United States Bankruptcy Court
Northern District of Iowa

In re: Case No. 26-00594-TJC
Clayton J. Vopelak Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0862-1 User: admin Page 1 of 2
Date Rcvd: Sep 09, 2026 Form ID: reqfm423 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Clayton J. Vopelak, 1358 56th St., Dysart, IA 52224-9325 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carol F. Dunbar | ssteffen@iowachapter13.com mweber@iowachapter13.com;trusteeIANB75@ecf.epiqsystems.com |
| Christopher K Loftus | on behalf of Creditor Beck's Superior Hybrids. Inc. cloftus@SPMBLAW.com mslater@sp.law |
| Eric J. Langston | on behalf of Creditor DeWulf Farms Inc. elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Evan Lincoln Moscov | on behalf of Creditor Ford Motor Credit Company LLC evan.moscov@moscovlaw.com |
| Hayley Masching | on behalf of Creditor Beck's Superior Hybrids. Inc. hmasching@spmblaw.com |
| Kevin D. Ahrenholz | on behalf of Debtor Clayton J. Vopelak ahrenholz@beecherlaw.com |

| | |
|---|---|
| | cpetersen@beecherlaw.com;ahrenholzkr88637@notify.bestcase.com |
| United States Trustee | USTPRegion12.CR.ECF@usdoj.gov |

TOTAL: 7

reqfrm423 11/2024

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Chapter 13

Clayton J. Vopelak

Bankruptcy No. 26−00594

Debtor

## NOTICE OF REQUIREMENT TO FILE
## CERTIFICATE OF FINANCIAL MANAGEMENT COURSE COMPLETION

To:

Kevin D. Ahrenholz, Attorney for Debtor
Carol F. Dunbar, Trustee
United States Trustee
Clayton J. Vopelak, Debtor

**NOTICE IS HEREBY GIVEN** that, subject to limited exceptions, Debtor must complete an instructional course in personal financial management postpetition in order to receive a discharge under chapter 13. Pursuant to the Federal Rules of Bankruptcy Procedure, Debtor must complete an approved course and file a certificate of course completion issue by the approved provider of that course. If a joint petition is filed, each debtor must complete an approved course and file separate certificates of completion, one for each debtor.

The certifcate of course completion issued by the approved provider of the course must be filed with the Bankruptcy Clerk's office no later than the date of the last payment made by Debtor as required by the plan.

**NOTICE IS FURTHER GIVEN** that the certificate identified above have not been filed.

Debtor is hereby notified, pursuant to Federal Rule of Bankruptcy Procedure 5009(b), that the case will be closed without entry of a discharge unless the certificate is filed.

After the case has been closed and the if Debtor subsequently files the certificate of course completion, Debtor must file a Motion to Reopen the Case and pay the full reopening fee. No action will be taken on documents filed within a closed case.

Date: September 9, 2026

Rebecca Hoefer
Clerk, Bankruptcy Court
by:

Theresa J. Stapelman

Deputy Clerk