UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>CLAYTON J. VOPELAK,<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 26-00594 |

# PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: September 18, 2026
Hearing on Motion for Relief from the Automatic Stay (Doc. 30)

Movant: Ford Motor Credit Company LLC

APPEARANCES:

Attorney Kevin D. Ahrenholz for Debtor
Attorney Evan L. Moscov for Movant

OUTCOME OF PROCEEDING:

A preliminary hearing on Movant's Motion for Relief from the Automatic Stay was held.

**IT IS ORDERED THAT**:

The preliminary hearing on the Motion for Relief from Automatic Stay is continued and reset for:

**October 9, 2026 at 2:00 P.M.**
via Telephonic Hearing

Attorney for Movant is to initiate the telephonic hearing. The telephone number for Chambers is 319−286−2230. This hearing will be digitally recorded.

Ordered: September 18, 2026

Thad J. Collins
Chief Bankruptcy Judge