**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| | ) | Case No. 26-594 (Ch 13) |
| In re: | ) | |
| Clayton J. Vopelak | ) | ORDER Granting |
| Debtor. | ) | Motion to Extend Deadline to |
| | ) | Commence Adversary Proceeding |

The Court has reviewed the Motion to Extend Deadline to File Complaint to Determine Dischargeability of Debt and to Assert a Claim for Equitable Subrogation filed by Creditor DeWulf Farms, Inc. The Court finds that cause exists for the requested extension.

IT IS THEREFORE ORDERED:

1. The Motion is GRANTED.

2. The deadline for Creditor DeWulf Farms, Inc. to file a complaint to determine dischargeability of debt and to assert a claim for equitable subrogation is extended through and including November 22, 2026.

3. All rights, claims, defenses, and objections of the parties are preserved.

SO ORDERED.