**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| | ) | Case No. 26-00594 (Ch. 13) |
| In re: | ) | |
| Clayton J. Vopelak | ) | ORDER Granting |
| Debtor. | ) | Motion to Extend Deadline to |
| | ) | Commence Adversary Proceeding |

The Court has reviewed the Motion to Extend Deadline to File Complaint to Determine Dischargeability of Debt and to Assert a Claim for Equitable Subrogation filed by Creditor DeWulf Farms, Inc. The Court finds that cause exists for the requested extension.

**IT IS THEREFORE ORDERED:**

1. The Motion is GRANTED.

2. The deadline for Creditor DeWulf Farms, Inc. to file a complaint to determine dischargeability of debt and to assert a claim for equitable subrogation is extended through and including November 22, 2026.

3. All rights, claims, defenses, and objections of the parties are preserved.

SO ORDERED.

September 22, 2026

Thad J. Collins
Chief Bankruptcy Judge