**IN THE UNITED STATES BANKRUPTCY COURT**
**Northern District of Iowa**

| | | |
|---|---|---|
| **In the Matter of**: | : | |
| | : | Case No. 26-00594 |
| Clayton Vopelak | : | |
| | : | Chapter 13, |
| | : | |
| ***Debtor.*** | : | |

**MOTION TO EXTEND DEADLINE TO FILE MODIFIED PLAN**

COMES NOW, the Debtor, Clayton Vopelak, by and through his undersigned counsel and seeks an extension of the deadline for filing a Modified Plan and in support states:

1. Debtor's Chapter 13 Plan was filed July 7, 2026, and a confirmation hearing was held September 1, 2026.

2. Pursuant to the Proceeding Memo and Order entered September 2, 2026, Doc. 31, Debtor's plan is not confirmable and provides a deadline of October 1, 2026, to file a modified plan.

3. Debtor intends to file a modified plan to deal with the objections, however, Debtor and counsel seek additional time to modify.

WHEREFORE, Debtor respectfully requests an additional 30 days to file his modified plan.

Dated this 1st day of October 2026.

Respectfully submitted,

*/s/ Kevin D. Ahrenholz*

Kevin D. Ahrenholz AT0000438
For BEECHER LAW FIRM, P.C.
620 Lafayette Street, Suite 300
Waterloo, IA 50704
PHONE: 319-234-1766
FACSIMILE: 319-234-1225
ATTORNEY FOR DEBTOR