**IN THE UNITED STATES BANKRUPTCY COURT**
**Northern District of Iowa**

| | | |
|---|---|---|
| **In the Matter of**: | : | |
| | : | Case No. 26-00594 |
| Clayton Vopelak | : | |
| | : | Chapter 13, |
| | : | |
| ***Debtor.*** | : | |

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE MODIFIED PLAN**

Debtor's Motion to Extend Deadline to File Modified Plan has come before the Court. Upon consideration of the Motion and the statements contained therein, the Court finds that good cause has been shown to grant the requested extension.

IT IS THEREFORE ORDERED that the Debtor shall have until and including Friday, October 30, 2026 to file his Chapter 13 Modified Plan.

Dated and Entered:

October 2, 2026

United States Bankruptcy Judge
For the Northern District of Iowa

Order Prepared by:
Counsel for Debtor