UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:

Clayton J. Vopelak,

Debtor

Chapter 13

Bankruptcy No. 26-00594

# PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: October 9, 2026
Hearing on Motion for Relief From the Automatic Stay (Doc. 30)

Movant: Ford Motor Credit Company LLC

APPEARANCES:

Attorney Kevin D. Ahrenholz for Debtor
Attorney Evan Lincoln Moscov for Movant

OUTCOME OF PROCEEDING:

A preliminary hearing on Movant's Motion for Relief From the Automatic Stay was held.

**IT IS ORDERED THAT**:

The Motion for Relief From the Automatic Stay is Settled. Automatic Stay to remain in effect pending the submission of appropriate settlement documents within 21 days of this hearing. If settlement documents are not submitted within 21 days, this Motion will be dismissed.

Ordered:

October 9, 2026

Thad J. Collins
Chief Bankruptcy Judge