United States Bankruptcy Court

Northern District of Iowa

In re:
Clayton J. Vopelak
Debtor

Case No. 26-00594-TJC
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0862-1 User: admin Page 1 of 2
Date Rcvd: Nov 09, 2026 Form ID: ofmpcon Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Clayton J. Vopelak, 1358 56th St., Dysart, IA 52224-9325 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carol F. Dunbar | ssteffen@iowachapter13.com mweber@iowachapter13.com;trusteeIANB75@ecf.epiqsystems.com |
| Christopher K Loftus | on behalf of Creditor Beck's Superior Hybrids. Inc. cloftus@SPMBLAW.com mslater@sp.law |
| Eric J. Langston | on behalf of Creditor DeWulf Farms Inc. elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Eric J. Langston | on behalf of Plaintiff DeWulf Farms Inc. elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Evan Lincoln Moscov | on behalf of Creditor Ford Motor Credit Company LLC evan.moscov@moscovlaw.com |
| Hayley Masching | on behalf of Creditor Beck's Superior Hybrids. Inc. hmasching@spmblaw.com |

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 09, 2026 | Form ID: ofmpcon | Total Noticed: 1 |

| | |
|---|---|
| Kevin D. Ahrenholz | on behalf of Debtor Clayton J. Vopelak ahrenholz@beecherlaw.com cpetersen@beecherlaw.com;ahrenholzkr88637@notify.bestcase.com |
| United States Trustee | USTPRegion12.CR.ECF@usdoj.gov |

TOTAL: 8

ofmpcon 9/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Clayton J. Vopelak

Debtor

Chapter 13

Bankruptcy No. 26–00594

## ORDER REGARDING FAILURE TO FILE MODIFIED PLAN

On October 2, 2026, the Court entered a Proceeding Memo and Order re Plan Confirmation (Doc. 43) giving Debtor 28 days within which to file a Modified Plan . To date, a Modified Plan has not been filed.

**IT IS ORDERED** that Debtor is given to and including November 23, 2026, within which to file a Modified Plan or this case will be dismissed without further notice or hearing.

Ordered: November 9, 2026

Thad J. Collins
Chief Bankruptcy Judge